# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAS,                          CASE NO. 1:09-cv-00872-GSA PC

                    Plaintiff,         ORDER FINDING SERVICE OF COMPLAINT
                                       APPROPRIATE, AND  FORWARDING
        v.                             SERVICE DOCUMENTS TO PLAINTIFF FOR
                                       COMPLETION AND RETURN WITHIN
DR. J. NEUBARTH,                       THIRTY DAYS

                    Defendant.         (Docs. 1 and 9)

_____/

       This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Jesse Olivas, a

state prisoner proceeding pro se and in forma pauperis. Plaintiff filed this action on May 18, 2009.

The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states a

claim against Defendant Neubarth for violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a)(2).

Accordingly, it is HEREBY ORDERED that:

       1.      Service shall be initiated on the following defendant:

                              **J. NEUBARTH, M.D.**

       2.      The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons,

               a Notice of Submission of Documents form, an instruction sheet and a copy of the

               complaint filed May 18, 2009.

       3.      Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

               attached Notice of Submission of Documents and submit the completed Notice to the

_____

[1] Plaintiff voluntarily dismissed Defendant Wang from this action.

1

Court with the following documents:

a.       Completed summons;

b.       Completed USM-285 form; and

c.       Two (2) copies of the endorsed complaint filed May 18, 2009.

4.       Plaintiff need not attempt service on the defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.       The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     August 20, 2009**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE