# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JESSE OLIVAS,

                Plaintiff,

    v.

DR. J. NEUBARTH,

                Defendant.

_____/

CASE NO. 1:09-cv-00872-GSA PC

ORDER DENYING MOTION FOR
EXPEDITED RULING AS MOOT

(Doc. 11)

      On August 11, 2009, Plaintiff Jesse Olivas, a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking an expedited ruling on his pending motion for reconsideration.  In a separate order issued concurrently with this order, the Court denied Plaintiff's motion for reconsideration.

      Accordingly, Plaintiff's motion for an expedited ruling is DENIED AS MOOT.

    IT IS SO ORDERED.

**Dated:**   **August 20, 2009**               **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

1